IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3111 |
| v. | ) | |
| AMINA Y. HAYES, | ) | ORDER |
| Defendant. | ) | |

Upon the filing of defense counsel's motion to withdraw, filing no. 33,

IT IS ORDERED:

A hearing on the motion will be held Monday, April 6 at 9:00 a.m. before the undersigned in Courtroom 2.  If necessary, the change of plea hearing will be rescheduled to another day.

Defendant and her counsel shall be present for the hearing.  Plaintiff's counsel is not required to be present.

DATED this 2nd day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge