IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3111 |
| | ) | |
| V. | ) | |
| | ) | |
| AMINA Y. HAYES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. With the agreement of the defendant, the conditions of supervision were modified on March 4, 2014, to add the following special condition:

    > The defendant shall enroll in and participate in the residential treatment program at St. Monica's in Lincoln, Nebraska. She shall successfully complete the program and abide by all the rules and regulations of the program.

2. The United States Marshal shall release the defendant to a representative of the Federal Public Defender when requested by the Federal Public Defender or one of his assistants in order that the defendant may be transported to St. Monica's.

3. The Clerk shall hand deliver a copy of this Order to the United States Marshal.

DATED this 5th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge